**Appeal Dismissed and Memorandum Opinion filed February 7, 2019.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-18-00912-CV

---

**BRANDI ALLEN, Appellant**

**V.**

**CRYSTAL BAY APARTMENTS, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1114423**

---

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed October 2, 2018. The clerk's record was filed October 30, 2018. The reporter's record was filed November 30, 2018. No brief was filed.

On January 8, 2019, this court issued an order stating that unless appellant filed a brief on or before January 30, 2019, the court would dismiss the appeal for

want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Spain.